UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA FERNANDA SHKLYAREVSKY, | CASE NO. 2:26-cv-01079-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  It has come to the Court's attention that detained, pro se petitioners, of which Petitioner here is, may be using mail to submit briefing, in which case the current 5-day traverse deadline might not be feasible.  *See* Dkt. # 4.  The Court thus sets May 11, 2026, as the deadline for Petitioner's optional traverse.

(2)  The Court DIRECTS the Clerk to re-note this Petition for May 11, 2026.

(3)  The Clerk is DIRECTED to forward a copy of this Order to all counsel of record.

Dated this 28th day of April 2026.

MINUTE ORDER - 1

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2