UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA FERNANDA SHKLYAREVSKY, | CASE NO. 2:26-cv-01079-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Clerk is directed to add "NWIPC Warden/Facility Administrator" as another Respondent. *See* Dkt. # 5.

(2)  Respondents may file a new return by June 12, 2026, or notify the Court they choose to rely on their original return within that time.  If Respondents submit a new brief, Petitioner will have 14 days to file a reply after Respondents file their return.  If Respondents rely on their original return, the Court will also rely on Petitioner's original reply.

(3)  The Government's response shall be renoted June 12, 2026.  However, if a reply is filed earlier, the Court will consider the habeas petition ripe for review at that time.

MINUTE ORDER - 1

(4)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 4th day of June 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2